No. 373, Misc. WILLIAMS v. SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY;

No. 403, Misc. EX PARTE JONES;

No. 404, Misc. WILLIAMS v. RAGEN, WARDEN;

No. 414, Misc. EX PARTE JACKSON;

No. 423, Misc. EX PARTE EMANUEL;

No. 431, Misc. HANNON v. WARDEN, MISSOURI STATE PENITENTIARY;

No. 436, Misc. CHAPMAN v. ALVIS, WARDEN;

No. 438, Misc. LEWIS v. LOONEY, WARDEN;

No. 452, Misc. FRANKLIN v. INDIANA;

No. 453, Misc. PALMER v. LOONEY, WARDEN;

No. 456, Misc. McCALL v. NORTH CAROLINA;

No. 501, Misc. HARRELL v. HAGERMAN, WARDEN;

No. 521, Misc. CAMERON v. GLADDEN, WARDEN; and

No. 524, Misc. TURMEL v. ROBBINS, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 450, Misc. MEEKS v. WIMMER ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 638. BYRD v. BLUE RIDGE RURAL ELECTRIC COOPERATIVE, INC. C. A. 4th Cir. Certiorari granted. *Henry Hammer* and *Henry H. Edens* for petitioner. *Wesley M. Walker* for respondent.

No. 672. NATIONAL LABOR RELATIONS BOARD v. DISTRICT 50, UNITED MINE WORKERS OF AMERICA, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Rankin, Theophil C. Kammholz, Stephen Leonard, Dominick L. Manoli* and *Frederick U. Reel* for petitioner. *Cramp-*

*ton Harris, Yelverton Cowherd* and *Alfred D. Treherne* for District 50, United Mine Workers of America, respondent. 

No. 258, Misc. FORD *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *John P. Lomenzo* and *Sydney R. Rubin* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 483, Misc. McALLISTER *v.* MAGNOLIA PETROLEUM Co. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Civil Appeals of Texas, Fifth Supreme Judicial District, granted. *Arthur J. Mandell* for petitioner. *Chas. B. Wallace* and *Frank C. Bolton, Jr.* for respondent. 

No. 350, Misc. MASCIALE *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. *Merrell E. Clark, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States. 

No. 633. PENLAND *v.* GOLDEN ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied.